## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by Local Rules 83.12 through 83.14.

**FILED**

**MARCH 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of                                    Case Number:

Trustees of the Chicago Painters and Decorators Pension,
Welfare, Savings, Apprenticeship, Scholarship and Joint Cooperation Trust Funds,
                    Plaintiff,

        V.

R.E. Russell Painting Company Inc., an Illinois corporation
                    Defendants,

**PH**

**08 C 1303**

**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
Plaintiff

| | |
|---|---|
| NAME (Type or print) <br><br> JAMES R. ANDERSON | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br><br> | |
| FIRM <br><br> ARNOLD AND KADJAN | |
| STREET ADDRESS <br><br> 19 WEST JACKSON BLVD. | |
| CITY/STATE/ZIP <br><br> CHICAGO, IL. 60604 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br><br> 6206500 | TELEPHONE NUMBER <br><br> (312) 236-0415 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? <br><br> YES ☑         NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? <br><br> YES ☐         NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? <br><br> YES ☐         NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? <br><br> YES ☐         NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐         APPOINTED COUNSEL ☐ | |