# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS PENSION FUND, et al, | ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | 08 C 1303 |
| R.E. RUSSELL PAINTING COMPANY, an Illinois corporation, | ) ) ) | Judge Manning<br>Magistrate Judge Schenkier |

ORDER

This cause, coming to be heard upon Plaintiffs' Motion for Judgment in a Sum Certain, all parties having notice,

IT IS HEREBY ORDERED THAT:

1. Final judgment is entered in favor of Plaintiffs and against the Defendant in the amount of $10,101.57. The judgment amount is limited to amounts owed for the period ending August 31, 2007.

Enter: _____

Date: _____

Hon. Blanche Manning

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415