IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, <br><br>     Plaintiffs, <br><br>v. <br><br>R.E. RUSSELL PAINTING COMPANY, an Illinois corporation <br><br>     Defendants. | ) <br> ) <br> ) No.  08 C 1303 <br> ) <br> ) Judge Manning <br> ) <br> ) Magistrate Judge Schekier <br> ) <br> ) |

## NOTICE OF MOTION

TO: R.E. RUSSELL PAINTING COMPANY, INC.
   C/O ITS REGISTERED AGENT, TOM KARR
   1328 WEST 18TH STREET
   CHICAGO, IL 60608

  **PLEASE TAKE NOTICE** that on **June 5, 2008 at 11:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Manning**, in the **Courtroom 2125** usually occupied by her in the Federal District Court, 219 S. Dearborn Street. Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion for Judgment in a Sum Certain.

       Respectfully submitted,

       TRUSTEES OF THE CHICAGO PAINTERS AND
       DECORATORS PENSION FUND, et al.

       By: s/ James R. Anderson
         One of their Attorneys

JAMES R. ANDERSON
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2008 I electronically filed the foregoing Notice of Motion and Plaintiffs' Motion for Judgment in a Sum Certain with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid and by fax:

R.E. RUSSELL PAINTING COMPANY, INC.
C/O ITS REGISTERED AGENT, TOM KARR
1328 WEST 18TH STREET
CHICAGO, IL 60608
(312) 421-2919

**s/James R. Anderson**
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 2, 2008