## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv1303         Assigned/Issued By: j. n.

Judge Name:                   Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

Number of Service Copies _____         Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____              Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                                ☐ Alias Summons

☐ Third Party Summons                    ☐ Lis Pendens

☐ Non Wage Garnishment Summons           ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____
                                         _____
                                         *(Victim, Against and $ Amount)*

☑ Citation to Discover Assets            ☐ Other

☐ Writ _____             _____
      *(Type of Writ)*                   _____
                                         *(Type of issuance)*

2 Original and 2 copies on 7-7-08 as to chase bank; r. e. russell
                *(Date)*
painting company ( notices filed)