IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS PENSION FUND, et al, | ) ) ) | |
| Plaintiffs, | ) | |
| vs. | ) ) | 08 C 1303 |
| R.E. RUSSELL PAINTING & DECORATING, INC., an Illinois corporation, | ) ) | Judge Manning Magistrate Judge Schenkier |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO WITHDRAW CITATIONS TO DISCOVER ASSETS**

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, ANTHONY B. SANDERS, and ARNOLD AND KADJAN, move this Court to enter an order withdrawing Citations to Discover Assets previously served upon Chase Bank and the defendant. In support of their Motion, the Plaintiffs state as follows:

1. Plaintiffs served Citations to Discover Assets on defendant and Chase Bank.

2. Defendant has issued a check to Plaintiffs to pay the amount at issue, and Chase Bank has confirmed that the payment has cleared.

WHEREFORE, Plaintiffs pray that this Court enter an order withdrawing the Citations to Discover Assets against Chase Bank, and RE Russell Painting Company.

Respectfully submitted,

S/James R. Anderson
One of Plaintiffs' attorneys

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415