IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al, | ) ) | |
| Plaintiffs, | ) ) | No.  08 C 1303 |
| v. | ) ) | Judge Manning |
| R.E. RUSSELL PAINTING COMPANY, an Illinois corporation | ) ) ) | Magistrate Judge Schekier |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:  R.E. RUSSELL PAINTING COMPANY, INC.        Chase Bank
C/O ITS REGISTERED AGENT, TOM KARR        Joyce Fontenot
1328 WEST 18TH STREET        451 Florida Street
CHICAGO, IL 60608        Baton Rough, LA  70801

**PLEASE TAKE NOTICE** that on **August 19, 2008 at 11:00 a.m.** or as soon thereafter as Counsel may be heard, I shall appear before **Judge Manning**, in the **Courtroom 2125** usually occupied by her in the Federal District Court, 219 S. Dearborn Street. Chicago, Illinois, and then and there move and present the attached Plaintiffs' Motion to Withdraw Citations to Discover Assets.

Respectfully submitted,

**TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al.**

By: s/ James R. Anderson
One of their Attorneys

JAMES R. ANDERSON
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312) 236-0415

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2008 I electronically filed the foregoing Notice of Motion and Plaintiffs' Motion to Withdraw Citations to Discover Assets with the Clerk of the Court using the CM/ECF system and to the following by U.S. Mail, postage prepaid and by fax:

R.E. RUSSELL PAINTING COMPANY, INC.  
C/O ITS REGISTERED AGENT, TOM KARR  
1328 WEST 18TH STREET  
CHICAGO, IL 60608  

Chase Bank  
Joyce Fontenot  
451 Florida Street  
Baton Rough, LA 70801  

**s/James R. Anderson**  
ARNOLD AND KADJAN  
19 W. Jackson Blvd., Suite 300  
Chicago, IL 60604  
Telephone No.: (312) 236-0415  
Facsimile No.: (312) 341-0438  
Dated: August 8, 2008