
Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1303 | **DATE** | 8/18/2008 |
| **CASE TITLE** | Trustes of Chgo Paintrs&DecoratorsPenWelFd, et al vs. R.E. Russell Painting Company, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' Motion to withdraw citations to discover assets [17] is granted. The Citation to Discover Assets issued against defendant R. E. Russell Painting Company, and Chase Bank are hereby released. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | Courtroom Deputy Initials: | SB |
|---|---|---|