

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS PENSION FUND, et al,<br>          Plaintiffs,<br>vs.<br>R.E. RUSSELL PAINTING COMPANY,<br>          Defendant. | 08 C 1303<br><br>Magistrate Judge Schenkier |

ORDER

This cause, coming to be heard upon Plaintiffs' Motion to Withdraw Citations to Discover Assets, all parties having notice,

IT IS HEREBY ORDERED THAT:

1. The Citations to Discover Assets issued against defendant R. E. Russell Painting Company, and Chase Bank are hereby released.

Enter: _____
Hon. Blanche Manning

Date: 8/18/08

DONALD D. SCHWARTZ
JAMES R. ANDERSON
ANTHONY B. SANDERS
ARNOLD AND KADJAN
19 West Jackson Blvd.
Chicago, IL 60604
(312)236-0415